## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| Maria Laboy-Febo,<br><br>  Plaintiff,<br><br>  v.<br><br>Arcos Dorados Puerto Rico, LLC,<br><br>  Defendant. | Civ. No. 21-1245 (GMM) |

### JUDGMENT

In accordance with the Opinion and Order entered today at Docket No. 95, Judgment is entered DISMISSING this case WITH PREJUDICE.

IT IS SO ORDERED.

In San Juan, Puerto Rico, March 31, 2024.

s/Gina R. Méndez-Miró<br>
GINA R. MÉNDEZ-MIRÓ<br>
UNITED STATES DISTRICT JUDGE