IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| MARIA LABOY FEBO<br><br>Plaintiff,<br><br>v.<br><br>**ARCOS DORADOS PUERTO RICO, LLC, ET AL.,**<br><br>Defendant. | CIVIL NO.  21-1245 (GMM) |

**MOTION REQUESTING ENTRY OF JUDGMENT,
*NUNC PRO TUNC* RELIEF**

**COMES NOW** the Defendant, **ARCOS DORADOS PUERTO RICO, LLC,** (or "Defendant") by and through its undersigned counsel, and respectfully requests as follows:

1. On July 31, 2023, the appearing Defendant filed it "Renewed Motion for Summary Judgment and Memorandum in Support Thereof" within the time provided by this Honorable Court.  See, **Docket No. 82.**

2. The Opinion and Order Granting Defendants above mentioned Motion for Summary Judgment on Docket Report shows to be registered in Mach 31, 2024.  See, **Docket No. 95.**

3. Meanwhile, **on April 3, 2024**, the appearing Defendant's record counsels **received the official notification and Order *Granting* the above mentioned "Renewed Motion for Summary Judgment and Memorandum in Support Thereof"**. See;



4. Following the notification of the Opinion and Order Granting Defendants Motion for Summary Judgment in Docket No. 82, and Laboy's Complaint being Dismissed with Prejudice, Defendants proceed as a prevailing party to file our Bill of Cost and Memorandum In Support Thereof. See, **Docket No. 97.**

5. Is in that moment, Defendant's Counsels noticed the difference in those important dates for our record, Docket Report shows the Opinion and Order to be registered in Mach 31, 2024 and the actual official notification to Counsels of record was made on April 3, 2024.

6. It is Defendants position and understanding that the date April 3, 2024, to be the official date to be establish and rectify the record for clarification upon the Opinion and Order, for the sole purpose of Defendants timely filing of the Bill of Cost and Memorandum In Support Thereof.

7. Pursuant to Fed. R. Civ. P. 60(a) mentions the following relief:

**Rule 60. Relief from a Judgment or Order**

**(a) Corrections Based on Clerical Mistakes; Oversights and Omissions.** The court may correct a clerical mistake or a mistake arising from oversight or omission whenever one is found in a judgment, order, or other part of the record. The court may do so on motion or on its own, with or without notice. But after an appeal has been docketed in the appellate court and while it is pending, such a mistake may be corrected only with the appellate court's leave.

**(b) Grounds for Relief from a Final Judgment, Order, or Proceeding.** On motion and just terms, the court may relieve a party or its legal representative from a final judgment, order, or proceeding for the following reasons:
**(1)** mistake, inadvertence, surprise, or excusable neglect;
**(2)** newly discovered evidence that, with reasonable diligence, could not have been discovered in time to move for a new trial under Rule 59(b);
**(3)** fraud (whether previously called intrinsic or extrinsic), misrepresentation, or misconduct by an opposing party;
**(4)** the judgment is void;

    **(5)** the judgment has been satisfied, released, or discharged; it is based on an earlier judgment that has been reversed or vacated; or applying it prospectively is no longer equitable; or
    **(6)** any other reason that justifies relief.

    **(c) Timing and Effect of the Motion.**
    **(1)** *Timing.* A motion under Rule 60(b) must be made within a reasonable time—and for reasons (1), (2), and (3) no more than a year after the entry of the judgment or order or the date of the proceeding.
    **(2)** *Effect on Finality.* The motion does not affect the judgment's finality or suspend its operation.

[Emphasis added].

8.     In this instant case, the Defendants move for a ***Nunc Pro Tunc*** relief, upon Fed. R. Civ. P. 60(a) of the Federal Rules of Civil Procedure that provides the vehicle through which a court can correct its own clerical errors. Specifically, the rule states in its pertinent part that clerical mistakes in judgments, orders or other parts of the record and errors therein arising from oversight or omission may be corrected by the court at any time of its own initiative or on the motion of any party and after such notice, if any, as the court orders.

9.     The request is to correct the Court own clerical error from the Opinion and Order that is registered in Mach 31, 2024 to the actual official notification of this Opinion and Order to Counsels of record on <u>April 3, 2024</u>, in order for a clear Docket Report to reflect the reality for its timing purposes.

**WHEREFORE**, **ARCOS DORADOS PUERTO RICO, LLC;** respectfully requests to grant this *Nunc Pro Tunc* relief .

**IT IS HEREBY CERTIFIED** that on this same date, a true and exact copy of the instant motion was electronically filed with the Clerk of the Court using the CM/ECF system, which will automatically send a notification thereof to the attorneys and parties registered therewith.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this April 25, 2024.

        **VALENZUELA-ALVARADO, LLC**
        MCS Plaza
        255 Ponce de León Avenue
        Suite 825, Hato Rey
        San Juan, Puerto Rico 00917-1942
        Tel. (787) 756-4053
        Fax: (787) 705-7415
        www.valenzuelalaw.net

| S/José Enrico Valenzuela-Alvarado | S/Mariangeli Mercado-Torres |
|---|---|
| **JOSÉ ENRICO VALENZUELA-ALVARADO** | **MARIANGELI MERCADO-TORRES** |
| U.S.D.C.-P.R. 220104 | U.S.D.C.-P.R. 308205 |
| Emails: | Emails: |
| jeva@valenzuelalaw.net | mmt@valenzuelalaw.net |
| jose.enrico.valenzuela1@gmail.com | lcda.mariangelimercado@gmail.com |
| enricovalenzuela@hotmail.com | |